

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00752-CR

Dionisio **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2012CRB050 L-2
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2013

_____
Catherine Stone, Chief Justice